IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ANDRE L. MAYFIELD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | NO. 3:06-00641 |
| | ) | JUDGE HAYNES |
| HOWARD CARLTON, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Upon review of the record, the technical record filed by the Respondent (Docket Entry No. 72-8) is incomplete for lack of the trial court's findings on Petitioner's ineffective assistance of counsel claims as described by the Tennessee appellate court. See Mayfield v. State, No. M2005-00757-CCA-R3-PC, 2006 WL 2380615, at *7 (Tenn. Crim. App. Aug. 16, 2006). Respondent is directed to submit the complete technical record within ten (10) days of this Order.

It is so **ORDERED**.

ENTERED this the 31 day of August, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge