IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANDRE L. MAYFIELD, ) | |
| ) | |
| Petitioner, ) | |
| ) | NO. 3:06-00641 |
| v. ) | JUDGE HAYNES |
| ) | |
| HOWARD CARLTON, Warden, ) | |
| ) | |
| Respondent. ) | |

ORDER

In accordance with the Memorandum filed herewith, the Respondent's renewed motion to dismiss (Docket Entry No. 70) is **GRANTED**. This action is **DISMISSED with prejudice**. The Court GRANTS a Certificate of Appealability on Petitioner's claim under Brady v. Maryland, 373 U.S. 83 (1963).

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 15th day of September, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge